USA v. Nash (Foxworth)
09-4581-cr

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of November, two thousand ten.

PRESENT: DENNIS JACOBS,
                              Chief Judge,
              JOSÉ A. CABRANES,
              JOHN M. WALKER, JR.,
                              Circuit Judges.

- - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

      Appellee,

      -v.-                                          09-4581-cr

JASON FOXWORTH,

      Defendant-Appellant.

- - - - - - - - - - - - - - - - - - - - -X

FOR APPELLANT:      Neil B. Checkman
                    Law Office of Neil B. Checkman, Esq.
                    111 Broadway, Suite 1305
                    New York, NY 10006

**FOR APPELLEE:**      Avi Weitzman
Wai Shun Wilson Leung
Daniel A. Braun
U.S. Attorney's Office SDNY
1 St. Andrew's Plaza
New York, NY 10007

Appeal from sentence imposed by the United States District Court for the Southern District of New York (Kaplan, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the district court's sentence be **AFFIRMED.**

Jason Foxworth challenges his 68-month prison sentence, which was imposed by the United States District Court for the Southern District of New York after Foxworth was convicted of bank fraud and conspiracy to commit bank fraud. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Appellate review of a district court's sentence has two components: procedural review and substantive review. United States v. Cavera, 550 F.3d 180, 189 (2d Cir. 2008) (in banc). If the appellate court finds no procedural error, the substantive review is done under an abuse-of-discretion standard. Id. at 187 (citing Gall v. United States, 552 U.S. 38, 46 (2007)). Under the abuse-of-discretion standard, an appellate court will vacate the district court's sentence only in "exceptional cases where the trial court's decision 'cannot be located within the range of permissible decisions.'" Cavera, 550 F.3d at 189 (quoting United States v. Rigas, 490 F.3d 208, 238 (2d Cir. 2007)).

Concluding that the district court committed no procedural error and that the 68-month sentence it imposed was reasonable and well within "the range of permissible decisions," we hereby **AFFIRM** the sentence.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK



2